# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| In Re: | Case No. 21-10483-aih |
| DJM Holdings, LTD | Chapter 13 |
| Debtor | Judge Arthur I. Harris |

## NOTICE OF APPEARANCE

    Now comes Jon J. Lieberman, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on March 8, 2021, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Glenn E. Forbes, Debtor's Counsel
    bankruptcy@geflaw.net

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    DJM Holdings, LTD, Debtor
    10100 Pinecrest Road
    Concord, OH 44077

                                                /s/ Jon J. Lieberman
                                                Jon J. Lieberman (0058394)
                                                Attorney for Creditor