# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

IN RE:                                        CASE NO. 21-10483

DJM Holdings, Ltd.                 CHAPTER 11

                                                    JUDGE ARTHUR I HARRIS

          Debtor

## NOTICE OF ELECTION UNDER 11 USC § 1111(b)(2)

NOW COMES Earnest Inc. ("Creditor"), by and through its counsel, and respectfully elects pursuant to FRBP 3014 to pursue its remedies under §1111 (b)(2) of Title 11 U.S.C.

Creditor is the holder of a mortgage on real estate located at 5154 Anthony Street Maple Heights, OH 44137. Debtor's Plan attempts to wrongfully cram down Creditor's claim to the amount of $26,802.10. Creditor holds a secured claim in the amount of $93,865.41. Creditor specifically elects pursuant to 1111 (b) of Chapter 11, Title 11 U.S.C. application of Paragraph (2) of §1111 (b).

DATE:    June 29, 2021                         /s/ Jon J. Lieberman
                                                              Jon J. Lieberman (0058394)
                                                              Sottile and Barile, Attorneys at Law
                                                               P.O. Box 476
                                                               Loveland, OH 45140
                                                               Phone: (513) 444-4100
                                                               bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

      I certify that on March 19, 2021, a true and correct copy of the foregoing Notice was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Glenn E. Forbes, Debtor's Attorney
bankruptcy@geflaw.net

United States Trustee
(registeredaddress)@usdoj.gov

Maria D. Giannirakis ust06, Attorney for U.S. Trustee
maria.d.giannirakis@usdoj.gov

And by regular US Mail, postage pre-paid on:

Martin A Maniaci
10100 Pinecrest Road
Painesville, OH 44077

Deborah L Maniaci
10100 Pinecrest Road
Painesville, OH 44077

DJM Holdings, Ltd.
10100 Pinecrest Road
Concord, OH 44077

Nia and LaShawn Gordon
5154 Anthony,
Maple Heights, OH 44137

                                              /s/ Jon J. Lieberman
                                              Jon J. Lieberman (0058394)