IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DJM HOLDINGS, LTD | ) | CASE NO. 21-10483 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **OBJECTION TO CHAPTER 11 PLAN AND** |
| | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| | ) | ** PROPERTY ADDRESS |
| | ) | 5534 South Boulevard |
| | ) | Maple Heights, OH 44137 |
| | ) | |

Now comes CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF THE NEW RESIDENTIAL MORTGAGE LOAN TRUST 2018-2 ("CitiBank"), by and though its counsel, and hereby Objects to Debtor's Chapter 11 Disclosure Statement & Plan of Reorganization of June 16, 2021 for the reasons set forth:

1. Citibank is the holder of a Note and Mortgage on the property located at 5534 South Boulevard, Maple Heights, OH 44137.

2. Citibank holds a secured claim in the amount of $72,864.40, as evidenced by the Proof of Claim filed April 23, 2021 (Claim No. 10).

3. The Debtor's Plan proposes to pay $25,000.00 less $1,077.27 in real estate taxes for a secured amount of $23,922.73.

4. The Debtor's Plan proposes to pay the secured amount over 30 years, amortized at 6.00%.

5. CitiBank objects to the confirmation of Debtor's Chapter 11 Disclosure Statement & Plan of Reorganization because it undervalues the subject property at $25,000.00.

6. Citibank seeks authority to perform a full exterior and interior appraisal in order to rebut the values proposed by Debtor

For the foregoing reasons, Citibank submits that its interest is not adequately protected and, as a result, confirmation of Debtor's Chapter 11 Disclosure Statement & Plan of Reorganization should be denied.

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Katherine D. Carpenter #0096867
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2021, a true and correct copy of the Objection to Confirmation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (Registered address)@usdoj.gov

2. Glenn E. Forbes, Esq. on behalf of DJM Holdings, LTD , Debtor, at bankruptcy@cooperandforbes.com

And by regular U.S. mail, postage prepaid, to:

3. DJM Holdings, LTD , Debtor at 10100 Pinecrest Road, Concord, OH 44077

4. Cuyahoga County Treasurer
   2079 East 9th Street at Cleveland, OH 44115

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
Katherine D. Carpenter #0096867
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com