United States Bankruptcy Court
Northern District of Ohio

In re:                                                                                                                                               Case No. 21-10483-aih
DJM Holdings, LTD                                                                                                                                                        Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                                                    User: tpaol                                                           Page 1 of 6
Date Rcvd: Mar 10, 2022                                         Form ID: pdf701                                          Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DJM Holdings, LTD, 10100 Pinecrest Road, Concord, OH 44077-9792 |
| cr | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Wilmington Savings Fund Society FSB, as owner trus, c/o Plunkett Cooney, P.C., 221 N. LaSalle Street, Suite 3500, Chicago, IL 60601-1510 |
| 26910869 | | 1900 Capital Trust II, by U.S. Bank Trust N.A., c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10836, Greenville, SC 29603-0826 |
| 26837952 | + | American Home Mortgage, P.O. Box 64197, Baltimore, MD 21264-0001 |
| 26837953 | + | American Home Mortgage, P.O. Box 660029, Dallas, TX 75266-0029 |
| 26837954 | + | BSI, 314 S Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 26859436 | + | Banc of America Funding Corporation 2007-6, Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 26837955 | + | Caliber, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 26907411 | + | Credit Suisse First Boston Mortgage, Securities Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 26907410 | + | Credit Suisse First Boston Mortgage Securities Cor, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 27164790 | | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 26971482 | | Earnest, Inc, 48 Noyan St., St. Bruno, QC J3V 1H3 |
| 26837959 | + | Fay Servicing, 939 W North Avenue - Suite 680, Chicago, IL 60642-7138 |
| 26837960 | + | Fifth Third Bank, P.O. Box 630412, Cincinnati, OH 45263-0412 |
| 26957854 | + | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 26971824 | + | Headlands Residential 2019-RPL1 Owner Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 26837964 | + | Joseph Houser, 17274 McCraken, Maple Heights, OH 44137-1362 |
| 26837965 | + | Land Home Fin, PO Box 25164, Santa Ana, CA 92799-5164 |
| 26837966 | + | Martin and Deborah Maniaci, 10100 Pinecrest Road, Concord, OH 44077-9792 |
| 26837967 | + | Mr Cooper, P O Box 60516, City of Industry, CA 91716-0516 |
| 26912158 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 26837968 | | Northeast Ohio Regional Sewer Dist., P.O> Box 81771, Cleveland, OH 44181-0771 |
| 26837969 | + | Ocwen, P O Box 660264, Dallas, TX 75266-0264 |
| 26837970 | | PHH, PO Box 94087, Palatine, IL 60094-4087 |
| 26837971 | + | Real Time Resolutions, P O Box 840923, Dallas, TX 75284-0923 |
| 26837975 | + | SN Servicing, P O Box 660820, Dallas, TX 75266-0820 |
| 26837976 | | SN Svc Corp, PO Box 660820, Dallas, TX 75266-0820 |
| 26837972 | + | Select Portfolio Servicing Corp, P O Box 65250, Salt Lake City, UT 84165-0250 |
| 26837973 | + | Selene Finance, P O Box 71243, Philadelphia, PA 19176-6243 |
| 26837974 | + | Shellpoint, P O Box 19006, Greenville, SC 29602-9006 |
| 26837977 | + | Specialized Loan Servicing, P O Box 60535, City of Industry, CA 91716-0535 |
| 26837978 | + | Specialized Loan Svc, PO Box 60535, City of Industry, CA 91716-0535 |
| 27046404 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 26905233 | + | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 26898413 | + | U.S. Bank Trust National Association, as, Trustee of the Igloo Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 27099587 | | US Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 26903344 | + | US Bank Trust National Association as Trustee, of Tiki Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 27061567 | | Wilmington Savings Fund Society FSB as trustee, of the Residential Credit Opportunities, Trust VII-A, c/o FCI Lender Services, Inc., PO Box 27370 Anaheim, CA 92809-0112 |
| 27061577 | | Wilmington Savings Fund Society FSB as trustee, of the Residential Credit Opportunities, c/o FCI Lender Services, Inc., PO Box 27370, |

|  |  |
|---|---|
|  | Anaheim, CA 92809-0112 |
| 27129161 | Wilmington Trust NA Trustee for MRFA Trust 2014-2, c/o Fay Servicing, PO Box 814608, DALLAS TX 75381 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + Email/Text: RASEBN@raslg.com | Mar 10 2022 20:47:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINE, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 26870264 | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:51:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27079265 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:47:00 | Bank of America N.A., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 26907654 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:47:00 | Citibank, N.A., not in its individual capacity but, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 26896713 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:47:00 | Citibank, N.A., not in its individual capacity, bu, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 26837957 | + Email/Text: Bankruptcy_Unit@clevelandwater.com | Mar 10 2022 20:46:00 | Cleveland Division of Water, 1201 Lakeside Avenue, Cleveland, OH 44114-1100 |
| 26837958 | + Email/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US | Mar 10 2022 20:47:00 | Cuyahoga County Treasury Department, 2079 East Ninth St, Cleveland, OH 44115-1302 |
| 27116224 | Email/Text: BKEBN-Notifications@ocwen.com | Mar 10 2022 20:47:00 | Deutsche Bank National Trust Company, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 26871826 | Email/Text: BKEBN-Notifications@ocwen.com | Mar 10 2022 20:47:00 | Deutsche Bank Trust Company Americas, as Trustee, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 27099320 | Email/Text: ar@figadvisors.com | Mar 10 2022 20:47:00 | FIG as Custodian for FIG OH18, LLC and Secured Par, P.O. Box 54226, New Orleans, LA 70154-4226 |
| 26837961 | + Email/Text: bankruptcy@huntington.com | Mar 10 2022 20:47:00 | First Merit, 295 First Merit Circle, Akron, OH 44307-2305 |
| 26837963 | Email/Text: bankruptcy@huntington.com | Mar 10 2022 20:47:00 | First Merit Bank, 295 FirstMerit Circle, Akron, OH 44307-2359 |
| 26837956 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 20:50:26 | Chase, P.O. Box 9001123, Louisville, KY 40290 |
| 26837967 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 20:47:00 | Mr Cooper, P O Box 60516, City of Industry, CA 91716-0516 |
| 26912158 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 20:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 26942879 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 10 2022 20:47:00 | PHH MORTGAGE CORPORATION, PO BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 26911082 | Email/Text: bkdepartment@rtresolutions.com | Mar 10 2022 20:47:00 | Real Time Resolutions, Inc, 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 27027622 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:47:00 | THE BANK OF NEW YORK MELLON FKA, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 27014170 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | U.S. Bank Trust National Association as, Trustee of the Cabana Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 27126552 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | U.S. Bank Trust National Association, as Trustee, of the SCIG Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 26963245 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | U.S. Bank Trust National Association, as Trustee, of the Igloo Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 27006577 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | U.S. Bank Trust National Association, as Trustee, of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 27013810 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | U.S. Bank Trust National Association, as Trustee, of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 26963230 | + | Email/Text: bknotices@snsc.com | Mar 10 2022 20:48:00 | US Bank Trust National Association as Trustee, of Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America N.A. |
| cr | | CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BU |
| cr | | CitiBank, N.A. |
| cr | | Citibank, N.A., not in its Individual Capacity, bu |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Deutsche Bank National Trust Company, as Indenture |
| cr | | Deutsche Bank Trust Company Americas |
| cr | | Deutsche Bank Trust Company Americas, as Trustee f |
| cr | | Earnest Inc. |
| cr | | FIG as Custodian for FIG OH18 and Secured Party |
| cr | | Fifth Third Bank, National Association |
| cl | | Headlands Residential 2019-RPL1 Owner Trust |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Real Time Resolutions, Inc. as an Agent for the Ba |
| cr | | Specialized Loan Servicing LLC |
| cr | | THE Bank OF NEW YORK MELLON |
| cr | | The Bank of New York Mellon (fka The Bank of New Y |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association as Trustee of |
| cr | | U.S. Bank Trust National Association as Trustee of |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank, National Association as Trustee |
| cr | | US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF |

| | | |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| 26837962 | | First Merit |
| 26900302 | * | Citibank, N.A., not in its individual capacity, bu, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 27073004 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 30 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Anne Gill | on behalf of Creditor Specialized Loan Servicing LLC alison.gill@ohiolaws.com sara.weaver@ohiolaws.com |
| Austin B. Barnes, III | on behalf of Creditor U.S. Bank National Association as Trustee abarnes@sandhu-law.com, bk1notice@sandhu-law.com |
| Christopher P. Kennedy | on behalf of Creditor FIG as Custodian for FIG OH18 and Secured Party bankruptcy@carlisle-law.com |
| David Lee Van Slyke | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dvanslyke@plunkettcooney.com |
| Douglas Haman | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4 doughaman@wdhlaw.com |
| Glenn E. Forbes | on behalf of Debtor DJM Holdings LTD bankruptcy@geflaw.net, gforbes@geflaw.net;r45233@notify.bestcase.com |
| Jennifer Walker | on behalf of Creditor U.S. Bank National Association as Trustee jwalker@plunkettcooney.com |
| Jennifer Walker | on behalf of Creditor Wilmington Savings Fund Society FSB as owner trustee of the Residential Credit Opportunities Trust VII-A jwalker@plunkettcooney.com |
| Jon J. Lieberman | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series III Trust bankruptcy@sottileandbarile.com |
| Jon J. Lieberman | on behalf of Claimant Headlands Residential 2019-RPLI Owner Trust bankruptcy@sottileandbarile.com |
| Jon J. Lieberman | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bankruptcy@sottileandbarile.com |
| Jon J. Lieberman | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust bankruptcy@sottileandbarile.com |
| Jon J. Lieberman | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series III Trust bankruptcy@sottileandbarile.com |

Jon J. Lieberman
    on behalf of Creditor Bank of America N.A. bankruptcy@sottileandbarile.com

Jon J. Lieberman
    on behalf of Creditor Earnest Inc. bankruptcy@sottileandbarile.com

Jon J. Lieberman
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust bankruptcy@sottileandbarile.com

Jon J. Lieberman
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bankruptcy@sottileandbarile.com

Jon J. Lieberman
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@sottileandbarile.com

Jon J. Lieberman
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST bankruptcy@sottileandbarile.com

Keri Ebeck
    on behalf of Creditor Real Time Resolutions Inc. as an Agent for the Bank of New York Mellon as Indenture Trustee for American Home Mortgage Investment Trust 2004-4 kebeck@bernsteinlaw.com, politicsci2@gmail.com

Kerri N. Bruckner
    on behalf of Creditor Deutsche Bank Trust Company Americas kbruckner@logs.com

Kerri N. Bruckner
    on behalf of Creditor The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 kbruckner@logs.com

Kerri N. Bruckner
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 kbruckner@logs.com

Maria A. Tsagaris
    on behalf of Creditor U.S. Bank Trust National Association BankruptcyECFMail@mccalla.com mccallaecf@ecf.courtdrive.com

Maria A. Tsagaris
    on behalf of Creditor Fay Servicing LLC BankruptcyECFMail@mccalla.com, mccallaecf@ecf.courtdrive.com

Maria D. Giannirakis ust06
    on behalf of U.S. Trustee United States Trustee maria.d.giannirakis@usdoj.gov

Matthew Murtland
    on behalf of Creditor The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 mmurtland@logs.com LOGSECF@logs.com

Matthew Murtland
    on behalf of Creditor Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS15 mmurtland@logs.com, LOGSECF@logs.com

Richard John LaCivita
    on behalf of Creditor THE Bank OF NEW YORK MELLON bknotice@reimerlaw.com rlacivita@ecf.courtdrive.com

Richard John LaCivita
    on behalf of Creditor Citibank N.A., not in its Individual Capacity, but Solely as Owner Trustee of the New Residential Mortgage Loan Trust 2018-2 bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com

Richard John LaCivita
    on behalf of Creditor CITIBANK N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF THE NEW RESIDENTIAL MORTGAGE LOAN TRUST 2019-4 bknotice@reimerlaw.com, rlacivita@ecf.courtdrive.com

Stephen R. Franks
    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor DLJ Mortgage Capital Inc. amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor Deutsche Bank Trust Company Americas amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor U.S. Bank Trust National Association amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor Fifth Third Bank National Association amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

Stephen R. Franks
    on behalf of Creditor CitiBank N.A. amps@manleydeas.com

Susana Elizabeth Lykins
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2020-4 slykins@raslg.com

TOTAL: 39

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 10, 2022, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 10, 2022



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DJM Holdings, LTD | : | Case No.: 21-10483 |
| | : | Chapter 11 |
| Debtor(s). | : | Judge Arthur I. Harris |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AGREED ORDER OF CREDITOR DLJ MORTGAGE CAPITAL, INC. TO SETTLE OBJECTION TO CONFIRMATION OF PLAN (DOCKET # 240) PROPERTY LOCATED AT 15312 FERNWAY DRIVE, MAPLE HEIGHTS, OH 44137**

DLJ Mortgage Capital, Inc., its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor" herein) and Debtor, DJM Holdings, LTD ("Debtor" herein), by and through their attorneys of record, now enter into the below stipulation to resolve and agree to plan treatment of the real property commonly known as 15312 Fernway Dr, Maple Heights, OH 44137.

1

## RECITALS

A. On 1/7/2003, Debtor, for valuable consideration, made, executed and delivered a Note secured by a First Deed of Trust both in the amount of $74,800.00 on the property commonly known as 15312 Fernway Dr, Maple Heights, OH 44137 ("Subject Property").

B. On or about 2/14/2021, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of Ohio.

C. The parties have conferred and agreed upon the treatment of Secured Creditor's first lien secured by the Subject Property for purposes of Debtor's Chapter 11 Plan and those terms are reflected below.

## THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. Secured Creditor holds a fully secured first lien on the Subject Property. **Beginning 3/01/2022, Debtor agrees to make contractual payments to Secured Creditor, currently in the amount of $454.29.** These payments will be applied contractually to the loan as they are received. Debtor is aware this payment may fluctuate and are responsible for confirming that payment with Secured Creditor as needed.

2. The approximate contractual loan arrears as of 2/9/2022 totaling $10,503.90 (consisting of monthly payments from 2/1/2020 through 2/28/2022) will be deferred as a non-interest-bearing principal due as a balloon payment on the maturity date 6/1/2057. This amount will be in addition to the current second UPB of $14,401.79.

3. All amounts still outstanding upon the maturity date under this agreement including any deferred non-interest bearing amount escrow shortage or any fees, will be due and owing in full on the maturity date 6/1/2057. **Escrow advances not recovered in delinquent payments will not be deferred and will remain on the account to be paid in the ordinary course of business. In addition, there are currently loan level advances of $86.32, that will not be deferred and will show on the monthly statement as due and**

**owing. These will be paid in accordance with the note and mortgage and remain recoverable on the loan.**

4. The loan will remain impounded for taxes on the Subject Property in accordance with the terms of the deed of trust and note. The current amounts due are taxes at $199.71 per month and insurance in the amount of $32.00. There is also a shortage amount of $52.60 on the escrow analysis dated 12/30/2021. Debtor is aware these amounts may fluctuate. And will adjust payments due in accordance with the latest escrow analysis and payment change letters received.

5. The first payment under this agreement is due 3/1/2022 in the amount of $454.29 per month.

6. Payments shall be made directly to Secured Creditor at Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450, with reference to the last four digits of the Loan Number 4473, or as otherwise directed.

7. The total deferred balance will not include all escrow shortages currently on the loan are limited to the amounts being collected in the monthly payments.

8. All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

9. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan. No default provisions other than in this stipulation or the note and mortgage post confirmation apply to this Creditor.

10. In the event of a default on payments to Secured Creditor under the terms of this stipulation prior to the entry of the confirmation order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor(s) shall have ten (10) calendar days from the date of the written notification to cure the default, and Debtor(s) agree(s) to pay an additional $100.00 for attorney fees for each default occurrence. If Debtor(s) fail(s) to cure the default, Secured Creditor may lodge a declaration of default and order terminating the automatic stay and include that the 14-day stay as provided in FRBP 4001(a)(3) is waived. Upon entry of the order the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with, and hold a trustee's sale of

the Subject Property, pursuant to applicable state law and without further Court Order or proceeding being necessary, including any action necessary to obtain complete possession of the Subject Property, including unlawful detainer. The Stipulation and Plan Treatment is null and void and not in effect if relief granted prior to confirmation.

11. In the event of a default on payments to Secured Creditor under the terms of this stipulation after the entry of the confirmation order, Secured Creditor shall may proceed pursuant to the terms of the underlying deed of trust and note, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further court order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this stipulation.

12. If SPS takes relief upon the above default provisions pre confirmation, the plan terms and this Stipulation are terminated, relief is granted and the Creditor may enforce its state court remedies in accordance with the note and mortgage.

13. Debtor(s) agree(s) to incorporate the above agreed terms of lien treatment into any and all existing and future proposed Chapter 11 Plans through either exact language or by attaching this stipulation as an exhibit to the plan, and if any terms in Debtor's(s') Chapter 11 Plan conflict with the terms of this stipulation the terms of this stipulation will control. In the event that Debtor's(s') Chapter 11 Plan does not reflect the language of this stipulation, Debtor(s) agree(s) that the stipulation terms will be incorporated into the confirmation order through exact language, attachment of the stipulation as an exhibit to the confirmation order, or by reference in the confirmation order of the stipulation by document number.

14. Secured Creditor agrees to vote for Debtor's(s') Chapter 11 Plan provided it Debtor has complied with all provisions of this stipulation.

15. If this instant Chapter 11 bankruptcy petition is dismissed and/or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this

agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.   This Stipulation is only valid if the Plan is confirmed.

###

**SUBMITTED BY:**

/s/Stephen R. Franks
───────────────────────
Stephen R. Franks (0075345)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  srfranks@manleydeas.com
Attorney for Creditor


/s/ Glenn E. Forbes
Glenn E. Forbes
Forbes Law LLC
166 Main Street
Painesville, OH 44077-3403
Telephone: 440-739-6211
Email:  Bankruptcy@geflaw.net
Attorney for Debtor


Copies to:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Glenn E. Forbes, Attorney for DJM Holdings, LTD, Bankruptcy@geflaw.net (notified by ecf)

DJM Holdings, LTD, Martin A Maniaci, and Deborah L Maniaci, 10100 Pinecrest Road, Concord, OH  44077 (notified by regular US Mail)

Cuyahoga County Treasurer, 2079 East Ninth Street, Cleveland, OH  44115 (notified by regular US Mail)

BSI, 314 S Franklin Street, 2nd Floor, Titusville, PA  16354

Caliber, PO Box 24610, Oklahoma City, OK  73124

Fay Servicing, 939 W North Avenue - Suite 680, Chicago, IL  60642

Land Home Fin, PO Box 25164, Santa Ana, CA  92799

Northeast Ohio Regional Sewer Dist., P.O> Box 81771, Cleveland, OH  44181-0771

Ocwen, P O Box 660264, Dallas, TX  75266

PHH, PO Box 94087, Palatine, IL  60094-4087

Real Time Resolutions, P O Box 840923, Dallas, TX  75284

Select Portfolio Servicing Corp, P O Box 65250, Salt Lake City, UT  84165

Selene Finance, P O Box 71243, Philadelphia, PA  19176

Shellpoint, P O Box 19006, Greenville, SC  29602

SN Servicing, P O Box 660820, Dallas, TX  75266

SN Svc Corp, PO Box 660820, Dallas, TX  75266-0820

Specialized Loan Servicing, P O Box 60535, City of Industry, CA  91716

 (notified by regular US Mail)

###